# ADDENDUM TO
# SETTLEMENT AND RELEASE AGREEMENT

Plaintiff, Scott Lester, Jr. ("Plaintiff"), on behalf of himself and the Settlement Class defined in the Settlement and Release Agreement defined below, on the one hand, and Defendants, Triad Pizza, LLC, BD Pizza Co. LLC, Piedmont Partners, LLC, Piedmont Pizza Inc., Pizza Piedmont LLC, and Bradley C. Davis ("Defendants"), on the other hand, agree to be bound by the Settlement and Release Agreement by and between Plaintiff and Triad Pizza, LLC, BD Pizza Co. LLC, and Bradley C. Davis dated May 11 and 12, 2023 ("Settlement and Release Agreement").

[signatures on following pages.]

1

Error! Unknown document property name.

Date: 06/30/2023

*Brad Davis (Jun 30, 2023 13:23 EDT)*
Triad Pizza, LLC

By its: Manager

Date: 06/30/2023

*Brad Davis (Jun 30, 2023 13:23 EDT)*
BD Pizza Co. LLC

By its: Manager

Date: 06/30/2023

*Brad Davis (Jun 30, 2023 13:23 EDT)*
Piedmont Partners, LLC

By its: Manager

Date: 06/30/2023

*Brad Davis (Jun 30, 2023 13:23 EDT)*
Piedmont Pizza Inc.

By its: Manager

Date: 06/30/2023

*Brad Davis (Jun 30, 2023 13:23 EDT)*
Pizza Piedmont LLC

By its: Manager

Date: 06/30/2023

*Brad Davis (Jun 30, 2023 13:23 EDT)*
Bradley C. Davis

Date: 06/29/2023

*Scott Lester Jr* (Jun 29, 2023 12:36 EDT)

Scott Lester, Jr.